CHECKER CAB MANUFACTURING CORPORATION, Appellant, Respondent, v. MURAL TRANSPORTATION CORPORATION, Defendant, and J. F. WATERS MOTOR SALES CORP., Appellant, Respondent, and JAMES F. WATERS, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the defendants J. F. Waters Motor Sales Corp. and James

F. Waters against the plaintiff. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.